# Exhibit 2

| US Pat. No. 11,235,267 | Accused Product: Aquasana Clean Water Machine |
|---|---|
| 13. A beverage maker | A "beverage" is a drinkable liquid like water.<br><br>The accused product makes "beverages" by dispensing water.  |

**US Pat. No. 11,235,267**     **Accused Product: Aquasana Clean Water Machine**

comprising: a potable water source configured to provide pressurized water;



Users of the accused product fill the water tank with potable water and the device is configured to dispense the water under pressure.





**Powered Filtration**

Traditional pitchers use gravity to slowly trickle water over granules. Aquasana's powered filtration uses pressure to quickly force unfiltered water through an ultra-dense block, for filtration that is 5X faster than the leading pitcher filter.

| US Pat. No. 11,235,267 | Accused Product: Aquasana Clean Water Machine |
|---|---|
| and a filter system in fluid communication with and for processing said pressurized water, |   Accused product uses the trademark Claryum® for "filter systems" owned by A.O. Smith (Aquasana)<br><br>The Claryum® filter system is in "fluid communication" by connecting the water reservoir to a pump using tubing to provide pressurized water.<br><br> The pump is activated by pressing the button on the product housing to process the pressurized water. |

| US Pat. No. 11,235,267 | Accused Product: Aquasana Clean Water Machine |
|---|---|
| said filter system comprises: a performance monitoring system |  This performance-indicator button displays blue indicator light while the water is dispensed, demonstrating the machine is dispensing filtered water. The light indicators are in the legend (below).<br><br>The AquaSana Clean Water Machine utilizes a light indicator (above) that corresponds to the depreciation of the Claryum® filter performance over time.<br><br>Once the filter performance is insufficient to meet the requisite water quality standards, the light indicator turns blinking red and blue, then solid red or blinking red.<br><br>**Light Indicators**<br><br>| Light Status | Indication |<br>|---|---|<br>| No light | System unplugged, standby mode, or flush not initiated |<br>| Solid red/blue combination | Initial system plug in |<br>| Solid blue light when dispensing water | Dispensing filtered water |<br>| Blink blue | System is readying to dispense water |<br>| Solid red light (5 seconds) | Filter flush process initiated |<br>| Blinking red when system flushing | Flush in process |<br>| Blinking red to blue | Finishing flush |<br>| Blinking blue then solid blue | Filter flush complete |<br>| Alternating blue and red while dispensing water | Change filter soon |<br>| Solid red while dispensing water | Change filter now |<br>| Blinking red while in standby mode | Change filter now | |

| US Pat. No. 11,235,267 | Accused Product: Aquasana Clean Water Machine |
|---|---|
| that allows for certification of filter system performance claims of verified contaminant reduction under NSF/ANSI Standard 42 or NSF/ANSI Standard 53 health claims when operated at a flow rate of no more than 0.50 gallons per minute (gpm). | The AquaSana product conforms to 3 NSF/ANSI standards, two of which are NSF/ANSI standards 42 and 53.<br><br>The product AquaSana Clean Water Machine has a capacity of 300 gallons and a rated service flow of 0.50 gallons per minute (gpm).<br><br>The AquaSana system is guaranteed to reduce 78 contaminants, including lead and PFAS  |